### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE FIRST LIBERTY INSURANCE** | : | **CIVIL ACTION NO. 1:11-CV-826** |
| **CORPORATION** as subrogee of | : | |
| **KEVIN PUTT**, | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AUDIOVOX CORPORATION** and | : | |
| **THOMSON INCORPORATED**, | : | |
| **Defendants** | : | |

### ORDER

Counsel having reported to the court that this action has been settled as to

Defendant Thompson Incorporated, it is hereby ORDERED that this action is

dismissed without prejudice, with each party to bear its own costs, as to Defendant

Thomson Incorporated ONLY.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge


Dated:        December 5, 2011